UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | Case No. 3:13-CR-020 JD |
| | ) | |
| TERRY WAYNE SMITH | ) | |

<u>ORDER</u>

No objections have been filed to the magistrate judge's findings and recommendation upon

a plea of guilty issued on March 21, 2013 [DE 15]. Accordingly, the court now ADOPTS those

findings and recommendations, ACCEPTS defendant Terry Wayne Smith's plea of guilty, and

FINDS the defendant guilty of Count 1 of the Information, in violation of 18 U.S.C. § 641.

SO ORDERED.

ENTERED:   May 1, 2013

                                    /s/ JON E. DEGUILIO
                                    Judge
                                    United States District Court